

STATE OF MAINE
DEPARTMENT OF LABOR
BUREAU OF REHABILITATION SERVICES
DIVISION OF VOCATIONAL REHABILITATION
45 COMMERCE DRIVE SHS 73
AUGUSTA, ME 04333-0073

Janet T. Mills
Governor

Laura A. Fortman
Commissioner

November 30, 2023

Andrew Straw
712 H ST NE PMB 92403
Washington DC, DE 20002

Dear Andrew,

I am writing to confirm that you are eligible to receive services from the Division of Vocational Rehabilitation.

I wish you the best!


Sincerely,



Sue Primiano
Intake Unit

The Maine Department of Labor provides equal opportunity in programs, services and employment.
Auxiliary aids and services are available to individuals with disabilities upon request.
Programs are provided as a proud partner of the American Job Center network.