**Outlook**

## RE: REINSTATEMENT FILING FEE, INDIANA LAW LICENSE

From  Fenderson, Samantha J. <Samantha.J.Fenderson@Maine.gov>
Date  Thu 12/26/2024 9:41 PM
To    Andrew Straw <andrew@andrewstraw.com>

Hi Andrew,

As this is different than the goal that we have listed, which is advocate on your plan, we will need to either change goal or discuss further. Do you know if this is something that you can do while living in the Philippines?

Sam

Samantha Fenderson, MA, CRC
Director, Division of Vocational Rehabilitation
150 State House Station
Augusta, ME 04330
PH: (207) 754-1726
Email: samantha.j.fenderson@maine.gov



---

**From:** Andrew Straw <andrew@andrewstraw.com>
**Sent:** Tuesday, December 24, 2024 6:42 AM
**To:** Fenderson, Samantha J. <Samantha.J.Fenderson@Maine.gov>
**Cc:** Andrew Straw <andrew@andrewstraw.com>
**Subject:** Re: REINSTATEMENT FILING FEE, INDIANA LAW LICENSE

**EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

See attached petition I intend to file today. It will not be acted upon until the $500 filing fee is paid. -Andrew

---

**From:** Andrew Straw <andrew@andrewstraw.com>
**Sent:** Tuesday, December 24, 2024 7:31 PM
**To:** samantha.j.fenderson@maine.gov <Samantha.J.Fenderson@Maine.gov>
**Cc:** Andrew Straw <andrew@andrewstraw.com>
**Subject:** REINSTATEMENT FILING FEE, INDIANA LAW LICENSE

Dear Samantha,

I would like to try to do some legal work on a very limited basis in Maine, possibly helping a public interest law firm or law school clinic on disability issues, or something similar.

The route for me to do this is to ask the Indiana Supreme Court to reinstate my law license there, since the 180-day suspension I had was supposed to end in August 2017 but never was reinstated.

I need $500 to be paid to the Indiana Supreme Court Clerk of Court at this address:

Contact Information
Clerk of the Appellate Courts
216 State House
200 West Washington Street
Indianapolis, IN 46204

Clerk
Gregory R. Pachmayr

Main Office
Pho: 317-232-1930

Records Division
Pho: 317-232-7225

The case is: <u>In the Matter of Andrew U. D. Straw</u>, 98S00-1601-DI-12 (Ind. 2/14/2017)

Also known as: <u>In the Matter of Andrew U. D. Straw</u>, 68 N.E.3d 1070 (Ind. 2/14/2017)

If your office could pay that reinstatement fee, this would allow me to practice before federal agencies, a service likely to be important with the new administration and changing attitudes and rules.

Please pay the above Clerk of the Appellate Courts the **$500** with a notation regarding my case and number.

Rule 23, Section 18(b) Reinstatement.

> (b) Reinstatement after suspension without automatic reinstatement. An attorney who has been suspended from the practice of law without automatic reinstatement, including an attorney under resignation, may file with the Supreme Court Clerk a Petition for Reinstatement, unless the order of

suspension provides otherwise, together with a filing fee of five hundred dollars (**$500**).

NB: I already paid all of the costs that were involved several years ago and there was no fine.

Thank you.

P.S. If this is granted, I will seek a reciprocal law license in Maine and I hope VR will pay the cost of that.

Andrew Straw