# Social Security Administration
## Benefit Verification Letter

Date: June 5, 2025
BNC#: 25BT941E93478
REF: A, DI

ANDREW U D STRAW
SITIO BOUNDARY
BRGY MAPAYA III
SAN JOSE
OCCIDENTAL MINDORO  Philippines  5101

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2024, the full monthly Social Security benefit before any deductions is $1,466.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,466.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on March 19, 2008.

### Information About Past Social Security Benefits

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $1,430.30.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,430.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

25BT941E93478 Page 2 of 2

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning September 2010.

You are entitled to medical insurance under Medicare beginning September 2010.

Your Medicare number is 6VY2UM7MK86.  You may use this number to get medical services while waiting for your Medicare card.

If  you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Date of Birth Information**

The date of birth shown on our records is March 19, 1969.

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. If you are in the United States, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, or the U.S. Virgin Islands, call us at **1-800-772-1213**. If you are deaf or hard of hearing, call TTY **1-800-325-0778**.
3. You may also call your local Social Security office.

If you are outside the United States or its territories:

- If you are in Canada, visit www.ssa.gov/foreign/canada.htm to find the office that services your area.

- Contact your nearest Federal Benefits Unit (FBU). Visit www.ssa.gov/foreign/foreign.htm for a list of FBUs.

- Write to the Social Security Administration at:

    P.O. Box 17769
    Baltimore, Maryland 21235-7769, USA

If you contact us, please refer to this letter.  It will help us answer your questions.

**How are we doing?**  Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*