| From: | Andrew Straw |
|---|---|
| To: | MED_Joint ECF Inbox |
| Cc: | attorney.general@maine.gov; Andrew Straw; andrewudstraw@gmail.com |
| Subject: | NEW ADA TITLE II LAWSUIT FILING |
| Date: | Wednesday, July 9, 2025 11:49:12 AM |
| Attachments: | image.png |
| | COMPLAINT_ADA-TitleII_CMECF_ANDREWSTRAW_9JULY2025.pdf |
| | js_044_-_civil_cover_sheet_07092025-s.pdf |
| | EX1 - Andrew Straw Eligibilty letter Maine VR 11302023.pdf |
| | EX2 - Last Message from Samantha J Fenderson, Maine VR.pdf |
| | EX3 - SSDI_BenefitLetter_06052025_SanJose_OccMindoro.pdf |
| | ifpapplic-AUDS-07092025-s.pdf |
| | ECF_Registration_Form_for_Pro_Se_Filers 07092025.pdf |
| Importance: | High |

CAUTION - EXTERNAL:

Please see attached.

1. COMPLAINT
2. COVER SHEET
3. 3 EXHIBITS
4. IFP Application
5. ECF Registration (E-NOTICE)

Thank you.

Sincerely,

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733

Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.