

# United States Department of Justice
## Civil Rights Division
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

 Your record number is: **637917-GNW**

**Save report**

---

# What to expect

### ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

### ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

### ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit <u>www.lsc.gov/find-legal-aid</u>

### ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call <u>911</u> and contact the police.

# Your submission

## Contact

### Contact information

## Your name

ANDREW STRAW

## Email address

andrew@andrewstraw.com

## Phone number

+18478075237

## Address

9169 W State St # 690
-
Garden City, Idaho 83714

## Are you now or have ever been an active duty service member?

No

# Primary concern

## What is your primary reason for contacting the Civil Rights Division?

Discriminated against in a commercial location or public place

# Location

## Please choose the type of location that best describes where the incident happened

Public space

-

## Where did this happen?

## Organization name

INDIANA SUPREME COURT

## Address

Indiana Statehouse Rm 216
200 W Washington St
Indianapolis, Indiana

# Personal characteristics

### Do you believe any of these personal characteristics influenced why you were treated this way?

Disability (including temporary or recovered and including HIV and drug addiction)

# Date

### When did this happen?

7/16/2025

# Personal description

### In your own words, describe what happened

I have made a previous complaint about disability discrimination from the Indiana Supreme Court, my former employer. However, this complaint is about a separate aspect of how I was treated.
ADA Title II requires state agencies and state courts to communicate with disabled people and discuss services that could be provided to prevent discrimination and rehabilitate a person.
My law license suspension was clearly motivated by disabilities that I have because the complaint itself raised my mental disabilities as reasons to sanction me. Straw v. LinkedIn, 5:22-cv-7718-EJD (N.D. Cal. 2023) (Dkt. 22-5)
This is also not the problem I raise to you.
My suspension is cited as In re Andrew U. D. Straw, 68 N.E.3d 1070 (Ind. 2/14/2017).
My suspension was done illegally because the rules mandate a verified complaint within 12 months and it was done after that time. I explain all this in Straw v. University of Maine, 1:25-cv-325-JAW-KFW (D.Me. 2025) (Dkts. 6-1 & 6-2) (regarding frivolous and mitigation failure)
The problem is the Indiana Supreme Court added a $500 clerk fee requirement after thrusting me into poverty such that I cannot earn income as a lawyer. I have made numerous filings to that state supreme court where I used to work, most raising my disability rights and how they were violated. Also, the due process violations and the exaggerations of frivolous to injure me directly, personally, in my career.
That's not the problem.

As I said, I have made filings for 8 years and 5 months seeking justice and relief from this bogus suspension. The Court has used its $500 paywall to refuse to consider anything I file, whether as a motion or anything else, including affidavits and notices.

The last time the Court made an ORDER in my suspension case, it was done on August 28, 2017, almost 8 years ago now. My suspension was supposed to be over after 180 days but the Court somehow slipped into its order that it was both for a fixed time and without automatic reinstatement.

The Court has been "deliberately indifferent" to my filings, refusing to communicate with me totally and absolutely unless I pay $500. I made NUMEROUS ADA violating accusations and demands for justice, but the failure to communicate with me, a former employee who served that court until I became disabled and was fired, has lasted for nearly 8 years now.

By any standard, that $500 paywall as an excuse not to communicate with me and consider my disabilities from public service represents simply an excuse to be deliberately indifferent to my needs for services for 8 years.

NO STATE is allowed to do this to anyone. ADA petitions and demands in an official court docket may not be ignored for 8 years just because the disabled person (on SSDI in my case) can't pay the paywall the state erects.

This "deliberate indifference" is deliberate discrimination under both ADA Title II and the Rehab Act, 504. I need help from you.

Thank you.