This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## In the Matter of Andrew U.d. Straw, et al.

| | |
|---|---|
| Case Number | 98S00-1601-DI-00012 |
| Court | Supreme Court |
| Type | DI - Attorney Discipline |
| Filed | 01/11/2016 |
| Status | 02/15/2017 , Closed |
| Reference | Original Action Prefix |
| | 98S00-1601-DI |

## Parties to the Case

**Petitioner**   Disciplinary Commission

Address
251 N. Illinois St.
Suite 500
Indianapolis, IN 46204

Attorney
Angie Lee Ordway
*#2503949, Lead, Retained*

251 N. Illinois St.
Suite 1650
Indianapolis, IN 46204
317-232-1807(W)

Attorney
Adrienne Lisa Meiring
*#1841445, Retained*

251 N. Illinois St
Suite 1600
Indianapolis, IN 46204
317-232-4706(W)

**Respondent**   Straw, Andrew U.d.

Address
NW Registered Agent Svc.
1900 E. Golf Rd.
Suite 950A
Schaumburg, IL 60173

Attorney
Pro Se

**Respondent**   STRAW, ANDREW U.D.

Address
700 12th ST NW STE 700
PMB 92403
Washington, DC 20005

Attorney
Andrew U.d. Straw
*#2337853, Retained*

NW Registered Agent Svc.
1900 E. Golf Rd.
Suite 950A
Schaumburg, IL 60173

## Chronological Case Summary

| 01/11/2016 | **Disciplinary Commission Summons** |
|---|---|
| | File Stamp: 01/11/2016 |

7/10/25, 11:27 AM  Case 3:24-cv-50086-PHK Document 6-2 Filed 07/16/25 Page 2 of 17 PageID #: 42
Case 3:24-cv-50086-PHK Document 23 Filed 07/16/25 Page 2 of 17 PageID #: 42
Case Summary - MyCase

| 01/11/2016 | Disciplinary Complaint | |
| --- | --- | --- |
| | File Stamp: | 01/11/2016 |
| 01/21/2016 | Order Appointing Hearing Officer | |
| | IT IS THEREFORE ORDERED that the Honorable James R. Ahler is appointed to hear this matter pursuant to Admission and Discipline Rule 23 and is directed to qualify and assume jurisdiction. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Ahler, James Robert |
| | File Stamp: | 01/20/2016 |
| 01/21/2016 | Document Transmitted | |
| 01/25/2016 | Oath of Hearing Officer | |
| | File Stamp: | 01/22/2016 |
| 01/26/2016 | Hearing Officer Order Issued | |
| | Pre-hearing conference in this cause is set for February 25, 2016, at 10:00 a.m. central time. Said pre-hearing conference shall be held in the Jasper Superior Court/115 W. Washington Street/Rensselaer, Indiana 47978. The evidentiary hearing will be set at the pre-hearing conference. Hon. James R. Ahler, Hearing Officer | |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Ahler, James Robert |
| | File Stamp: | 01/22/2016 |
| 01/26/2016 | Document Transmitted | |
| 02/08/2016 | Document Filed | |
| | Response and Answer Under Protest. Certificate of Service-Mailed 02/05/2016 | |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 02/05/2016 |
| 02/18/2016 | Document Filed | |
| | Motion to Dismiss and for Other Relief with Affidavit Certificate of Service- Electronically Served 02/17/2016 Certificate of Service-Mailed 02/17/2016 | |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 02/17/2016 |
| 03/02/2016 | Hearing Officer Order Issued | |
| | Due to inclement weather, the pre-hearing conference previously scheduled for February 25, 2016, at 10:00 a.m. was not conducted. Pre-hearing conference is rescheduled for March 10, 2016, at 3:00 p.m. central time. Both parties may appear telephonically. If either party chooses to appear telephonically, that party is responsible for telephoning the Jasper Superior Court [219-866-4971] at the appropriate date and time. If either party elects to appear, said hearing shall be held at Jasper Superior Court/115 W. Washington Street/Rensselaer, Indiana 47978. The evidentiary hearing and hearing on Andrew U. D. Straw's Motion to Dismiss shall be set at the pre-hearing conference. Hon. James R. Ahler, Hearing Officer | |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Ahler, James Robert |
| | File Stamp: | 03/01/2016 |
| 03/02/2016 | Document Transmitted | |
| 03/07/2016 | Document Filed | |
| | Additional Materials: Americans with Disabilities Act of 1990, Americans with Disabilities Act Amendments Act of 2008, Rehabilitation Act of 1973, 504, and Indiana Civil Rights Law Certificate of Service- Electronically Served 03/06/2016 | |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 03/06/2016 |
| 03/09/2016 | Document Filed | |
| | Commission's Response in Opposition To Respondent's Motion To Dismiss Certificate of Service-Hand Delivered 03/09/2016 | |
| | Party: | Ordway, Angie Lee |
| | File Stamp: | 03/09/2016 |

| 03/11/2016 | **Document Filed** | |
|---|---|---|
| | Request for Admissions Certificate of Service- Electronically Served 3/11/2016 | |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 03/11/2016 |
| 03/14/2016 | **Document Filed** | |
| | Petition for an Order for Protection and Request for a Hearing Certificate of Service-Mailed 03/12/2016 | |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 03/12/2016 |
| 03/18/2016 | **Hearing Officer Order Issued** | |
| | Comes now the Indiana Disciplinary Commission (hereinafter "Commission") by counsel, Angie Ordway, telephonically, and Respondent, Andrew U. D. Straw (hereinafter "Straw"), telephonically, for the purpose of prehearing conference. Conference held. Pre-hearing discovery and procedures discussed. Discussion held as to legal counsel to represent Respondent Straw. Respondent Straw advises that he is currently self-represented and will consider retention of legal counsel for Final Hearing. The parties agree to commence discovery. Respondent Straw advises he will issue written discovery to the Commission. The Court directs the parties to issue subpoenas for the purpose of securing witness attendance at Final Hearing. By agreement, witness and exhibit lists shall be filed on or before April 18, 2016, by 4:00 p.m. (Central). By agreement, Final pre-hearing conference is set for April 21, 2016, at 2:00 p.m. (Central) at the Jasper Superior Court/115 W. Washington Street/Rensselaer, Indiana 47978. All parties must appear in person for the Final Pre-Hearing Conference. All Pre-Hearing Motions, if any, shall be heard and resolved on this date. By agreement, Final Hearing is set for May 12, 2016, at 9:00a.m. (Central) (1 day setting) at the Jasper Superior Court/115 W. Washington Street/Rensselaer, Indiana 47978. All parties must appear in person for the Final Hearing. Hon. James R. Ahler, Hearing Officer | |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Ahler, James Robert |
| | File Stamp: | 03/10/2016 |
| 03/18/2016 | **Document Transmitted** | |
| 03/21/2016 | **Document Filed** | |
| | Reply In Re: Respondent's Motion to Dismiss Certificate of Service- Electronically Served 03/19/2016 | |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 03/19/2016 |
| 04/01/2016 | **Document Filed** | |
| | Motion for Sanctions Against Indiana Attorney Disciplinary Commission Attorney Angie Ordway and for Other Relief Certificate of Service- Electronically Served 04/01/2016 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 04/01/2016 |
| 04/04/2016 | **Document Filed** | |
| | Interrogatories Certificate of Service- Electronically Served 04/04/2016 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 04/04/2016 |
| 04/13/2016 | **Document Filed** | |
| | Notice: No More Discovery or Witnesses Requested Certificate of Service- Electronically Served 04/12/2016 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 04/12/2016 |
| 04/18/2016 | **Document Filed** | |
| | Disciplinary Commission's Witness and Exhibit List Certificate of Service-Mailed 04/18/2016 | |
| | Attorney: | Ordway, Angie Lee |
| | Party: | Disciplinary Commission |
| | File Stamp: | 04/18/2016 |
| 04/20/2016 | **Document Filed** | |
| | Notice: List of Evidence to be Used Certificate of Service- Electronically Served 04/20/2016 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 04/20/2016 |

| 04/20/2016 | Document Filed | |
| --- | --- | --- |
| | Motion to Compel Certificate of Service- Electronically Served 04/20/2016 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 04/20/2016 |
| 04/20/2016 | **Document Filed** | |
| | Motion to Suspend Proceeding Certificate of Service- Electronically Served 04/20/2016 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 04/20/2016 |
| 04/20/2016 | **Received Document** | |
| | Receive Date: 04/20/2015 Exhibit A, Amended to April 19, 2016 Version pf EEOC Complaint Form 5, as Actually Filed | |
| | PostmarkDate: | 04/20/2016 |
| 04/20/2016 | **Hearing Officer Order Issued** | |
| | Indiana Disciplinary Commission appears telephonically by Attorney Angie Ordway; Respondent, Andrew U. D. Straw appears in person, pro se, all for the purpose of hearing. The Court notes that the Final Pre-Trial Conference is set for April 21, 2016, at 2:00p.m., and that the Respondent has appeared early. Conference held and concluded. By agreement of the parties, the date of Final Pre-Trial Conference is reaffirmed for April 2l, 2016, with a time change to 9:00 a.m. Central Time. All parties are directed to appear for said hearing. Hon. James R. Ahler, Hearing Officer | |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Ahler, James Robert |
| | File Stamp: | 04/18/2016 |
| 04/20/2016 | **Received Document** | |
| | Receive Date: 04/20/2016 Proposed Order | |
| | PostmarkDate: | 04/20/2016 |
| 04/20/2016 | **Document Transmitted** | |
| 04/22/2016 | **Affidavit** | |
| | Certificate of Service- Electronically Served 04/22/2016 | |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 04/22/2016 |
| 04/27/2016 | **Hearing Officer Order Issued** | |
| | Indiana Supreme Court Disciplinary Commission appears by counsel, Angie Ordway; Respondent appears in person, pro se, all for the purpose of Pre-Hearing. Pre-hearing issues discussed. Respondent orally moves to withdraw Motion to Compel filed April 20, 2016. Motion to withdraw granted. Respondent's Motion to Dismiss and Other Relief, Petition for an Order for Protection, Motion for Sanctions, and Motion to Suspend Proceedings discussed. Disciplinary Hearing is reaffirmed for May 12, 2016, at 9:00 a.m. All parties are directed to appear on said date. Hon. James R. Ahler, Hearing Officer | |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Ahler, James Robert |
| | File Stamp: | 04/21/2016 |
| 04/27/2016 | **Document Transmitted** | |
| 05/06/2016 | **Document Filed** | |
| | Notice: I refuse to Participate Certificate of Service-Mailed 05/06/2016 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 05/06/2016 |

| 05/17/2016 | **Hearing Officer Order Issued** |
|---|---|
| | A. Procedural Background 1. On January 11, 2016, the Commission filed a Verified Complaint for Disciplinary Action against Respondent. 2. On February 5, 2016, the Respondent filed his Response with Answers under Protest. 3. On February 17, 2016, the Respondent filed a Motion to Dismiss and accompanying Affidavit Regarding History of Discrimination. 4. On March 12, 2016, the Respondent filed a Petition for an Order for Protection (filed by a person seeking protection). This protection order is premised upon stalking, and is filed within the immediate administrative matter. It is does not appear to be pending or adjudicated before any Indiana state trial court of record. 5. On April 1, 2016, the Respondent filed a Motion for Sanctions against Indiana Attorney Disciplinary Commission Attorney Angie Ordway and for Other Relief. 6. On April 20, 2016, the Respondent filed a Motion to Suspend Proceeding and a Motion to Compel. 7. On April 21, 2016, the parties appeared before the Hearing Officer to conduct a Pre-Hearing. At the Pre-Hearing, discovery and all Pre-Hearing Motions filed to date were discussed. Following this discussion, the Respondent moved to withdraw the Motion to Compel filed on April 20, 2016. The Hearing Officer granted the Respondent's request to withdraw the Motion to Compel. Finally, the parties advised that they were prepared to proceed with the Disciplinary Hearing scheduled for May 12, 2016 at 9:00A.M. (Central). B. Analysis 1. Motions to dismiss are not appropriate in a disciplinary proceeding. Admission and Discipline Rule 23, Section 14(a) provides, in pertinent part, as follows: The rules of pleading and practice in civil cases shall not apply. No motion to dismiss or dilatory motions shall be entertained. Admis. Disc. R. 23(14)(a). 2. A motion to dismiss filed within a disciplinary proceeding is dismissed as procedurally invalid. See Matter of Ogden, 10 N.E. 3d 499, 500 (Ind. 2014); Admis. Disc. R. 23(14)(a). Constitutional challenges to the rule proscribing dilatory motions and motions to dismiss have been found to be without merit. Matter of Briggs, 502 N.E. 2d 879, 888 (Ind. 1987). 3. Other than his Motion to Compel, which he withdrew at the Pre-Hearing, the Respondent's remaining pre-hearing motions (set forth above in Section A) share a common thread in that they are requests to delay or dismiss the Disciplinary Hearing scheduled for May 12, 2016 at 9:00 A.M. (Central). These pre-hearing motions are in contravention to Admission and Discipline Rule 23 and other legal precedent. 4. Respondent's Motion to Dismiss and Other Relief filed February 17, 2016, is denied. 5. Respondent's Petition for an Order for Protection filed March 12, 2016, is denied. 6. Respondent's Motion for Sanctions against Indiana Disciplinary Commission Attorney Angie Ordway and for Other Relief filed April 1, 2016, is denied. 7. Respondent's Motion to Suspend Proceedings filed April 20, 2016, is denied. C. Conclusion 1. For all of the foregoing reasons, the Respondent's pre-hearing motions are denied. The Hearing Officer now reaffirms the Disciplinary Hearing now scheduled (by agreement of the parties) for May 12, 2016 at 9:00 A.M. (Central). The parties are directed to appear for the Disciplinary Hearing. Hon. James R. Ahler, Hearing Officer |
| | Serve: Witte, Gordon Michael |
| | Serve: Ordway, Angie Lee |
| | Serve: Straw, Andrew U.d. |
| | Serve: Ahler, James Robert |
| | File Stamp: 05/12/2016 |
| 05/17/2016 | **Hearing Officer Order Issued** |
| | The Indiana Supreme Court Disciplinary Commission appears by counsel, Angie Ordway, for purpose of the Hearing. Respondent Andrew U. D. Straw fails to appear for the Hearing. The Hearing Officer finds that Respondent had notice of the Hearing but has not appeared. The Hearing Officer then took a recess from the Hearing and directed Court personnel to contact Respondent Andrew U. D. Straw at the telephone number he had provided at the Pre-Hearing. Court personnel left a message on Respondent's cellular telephone to determine his location and intent to participate in the Hearing. Following recess, the Hearing Officer resumed the Heming and evidence and argument were presented. Proposed Findings of Fact and Conclusions of Law, if any, shall be filed within thirty (30) days from the date of this Order, or on or before June 13, 2016. The Hearing Officer now takes the issues under advisement. Hon. James R. Ahler, Hearing Officer |
| | Serve: Witte, Gordon Michael |
| | Serve: Ordway, Angie Lee |
| | Serve: Straw, Andrew U.d. |
| | Serve: Ahler, James Robert |
| | File Stamp: 05/12/2016 |
| 05/17/2016 | **Document Transmitted** |
| 05/17/2016 | **Document Transmitted** |
| 05/23/2016 | **Document Filed** |
| | Affidavit RE: Ethical Rules and Disability Rights Cases Certificate of Service- Electronically Served 05/22/2016 |
| | Attorney: Straw, Andrew U.d. |
| | Party: Straw, Andrew U.d. |
| | File Stamp: 05/22/2016 |
| 05/25/2016 | **Document Filed** |
| | Affidavit Re: Education Certificate of Service- Electronically Served 05/23/2016 |
| | Attorney: Straw, Andrew U.d. |
| | Party: Straw, Andrew U.d. |
| | File Stamp: 05/23/2016 |
| 06/13/2016 | **Document Filed** |
| | Commission's Tender of Proposed Findings of Fact, Conclusions of Law and Recommendation Certificate of Service-Mailed 06/13/2016 |
| | Attorney: Ordway, Angie Lee |
| | Party: Disciplinary Commission |
| | File Stamp: 06/13/2016 |

| Date | Document |
|---|---|
| 06/14/2016 | **Document Filed** <br> Proposed Findings of Fact and Order Certificate of Service- Electronically Served 06/13/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 06/13/2016 |
| 06/14/2016 | **Document Filed** <br> Certificate of Service with Attachments Certificate of Service- Electronically Served 04/14/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 06/14/2016 |
| 06/22/2016 | **Received Document** <br> Receive Date: 06/21/2016 Motion for Disability Rights & Programs & Relief <br> PostmarkDate: 06/21/2016 |
| 06/22/2016 | **Note** <br> Documents received on 06/21/2016 should read attachments included. |
| 07/19/2016 | **Document Filed** <br> Motion Requesting Apology, Compensation, and Permanent Injunction Directed to All Indiana Courts Certificate of Service- Electronically Served 07/19/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 07/19/2016 |
| 07/21/2016 | **Document Filed** <br> Notice of Virginia Law License in Active In Good Standing Status Certificate of Service- Electronically Served 07/20/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 07/20/2016 |
| 07/28/2016 | **Document Filed** <br> Affidavit of USAF Captain Jason Lee Straw (Ret.) Certificate of Service- Electronically Served 07/28/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 07/28/2016 |
| 07/29/2016 | **Document Filed** <br> Anti-Corruption Affidavit Certificate of Service- Electronically Served 07/29/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 07/29/2016 |
| 08/01/2016 | **Document Filed** <br> Affidavit Re: IADC Officer Convicted of Speeding in a School Zone Certificate of Service- Electronically Served 07/30/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 07/30/2016 |
| 08/01/2016 | **Document Filed** <br> Affidavit Re: IADC Hearing Officer Convicted of Speeding 6 Months before Accident; Chief Justice Convicted of Front Seat Passenger Seatbelt Violation Certificate of Service- Electronically Served 07/30/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 07/30/2016 |
| 08/15/2016 | **Document Filed** <br> Affidavit Regarding Other "Bipolar" Attorney Discipline Cases Decided by this Court Since 1990, When the ADA was Passed with attachment Certificate of Service- Electronically Served 08/15/2016 <br> Attorney: Straw, Andrew U.d. <br> Party: Straw, Andrew U.d. <br> File Stamp: 08/15/2016 |

| Date | Event | Details |
|---|---|---|
| 09/19/2016 | Document Filed | Motion for the Supreme Court to Stop Interfering in Lower Courts and any other Courts, State or Federal, to open the Courts to me per the Indiana Bill of Rights Certificate of Service- Electronically Served 09/17/2016 |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 09/17/2016 |
| 09/19/2016 | Received Document | Receive Date: 09/17/2016 Proposed Order to Provide Substantive Justice to Respondent for 15 Years of Disability Discrimination and Constitutional Violations Under the Indiana Bill of Rights, Section 12 |
| | PostmarkDate: | 09/17/2016 |
| 10/11/2016 | Received Document | Receive Date: 10/09/2016 Proposed Order to Establish Disability Rights Fairness Commission |
| | PostmarkDate: | 10/09/2016 |
| 11/23/2016 | Document Filed | Motion for the Indiana Supreme Court to Clear my Name Certificate of Service- Electronically Served 11/23/2016 |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 11/23/2016 |
| 12/20/2016 | Document Filed | Response to Disciplinary Action Certificate of Service- Electronically Served 12/19/2016 |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 12/19/2016 |
| 12/21/2016 | Hearing Officer's Findings | |
| | File Stamp: | 12/16/2016 |
| 12/21/2016 | Transmitted to Supreme Court | |
| 12/27/2016 | Document Filed | Motion Disqualification Certificate of Service- Electronically Served 12/23/2016 |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 12/23/2016 |
| 12/27/2016 | Document Filed | Notice of Federal Lawsuit Certificate of Service- Electronically Served 12/27/2016 |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 12/27/2016 |
| 12/28/2016 | Received Document | Receive Date: 12/22/2016 Duplicate Copy of Hearing Officer's Finding of Fact |
| | PostmarkDate: | 12/20/2016 |
| 12/28/2016 | Note | Received on 12/22/2016: 1 Binder of Exhibits |
| 01/04/2017 | Document Filed | Motion for Correction Certificate of Service- Electronically Served 01/07/2017 |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 01/04/2017 |

| | | |
|---|---|---|
| 02/14/2017 | **Order Finding Misconduct and Imposing Discipline** | |
| | For Respondent's professional misconduct, the Court suspends Respondent from the practice of law in this state for a period of not less than 180 days, without automatic reinstatement, effective immediately. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Party: | Disciplinary Commission |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Ahler, James Robert |
| | File Stamp: | 02/14/2017 |
| 02/14/2017 | **Retransmission of Order** | |
| | Order issued 02/14/17 retransmitted to include service. | |
| | Serve: | Skolnik, Bradley W |
| | Serve: | Harrell, Terry Lynn |
| | Serve: | Morris, Larry La Mar |
| | File Stamp: | 02/14/2017 |
| 02/14/2017 | **Document Transmitted** | |
| 02/14/2017 | **Document Transmitted** | |
| 02/16/2017 | **Itemized Expenses - Disciplinary** | |
| | File Stamp: | 02/16/2017 |
| 02/20/2017 | **Order Assessing Costs Against Respondent Pursuant to Itemize** | |
| | The Court takes the matter of taxing costs under advisement. Respondent shall have fifteen (15) days from the date of this order to file a response to the Commission's Itemized Statement of Expenses. The Commission shall have ten (10) days from the date any response is filed in which to file a reply to that response. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Party: | Disciplinary Commission |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Roll of Attorney Administrator |
| | File Stamp: | 02/20/2017 |
| 02/20/2017 | **Document Transmitted** | |
| 02/21/2017 | **Document Filed** | |
| | Response to Fees & Costs Certificate of Service- Electronically Served 02/20/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 02/20/2017 |
| 02/21/2017 | **Document Filed** | |
| | Motion to Exonerate Certificate of Service- Electronically Served 02/20/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 02/20/2017 |
| 02/22/2017 | **Document Filed** | |
| | Memorandum of Disability Law and Reform Certificate of Service- Electronically Served 02/22/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 02/22/2017 |
| 02/24/2017 | **Mail Returned as Undeliverable** | |
| | Recipient: Peotone Branch Court Reason: Return to Sender, No Mail Receptacle, and Unable to Forward Name of Document: Order sent by mail on 02/14/17 Order resent on 02/24/17. | |
| | Return Date: | 02/23/2017 |

7/10/25, 11:27 AM
Case 2:25-cv-00350-JPS Document 6-2 Filed 07/10/25 Page 9 of 17
Case 3:24-cv-08625-PHK Document 23-1 Filed 07/16/25 Page 79 of 176 PageID #: 49
Summary if My Case

| 03/03/2017 | **Order Assessing Costs Against Respondent Pursuant to Itemize** | |
|---|---|---|
| | Respondent is therefore ORDERED to pay the following expenses in separate checks to be transmitted to the Commission: (1) $169.40, payable to the Commission for investigative expenses; and (2) $250.00, payable to the Clerk for court costs. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Party: | Disciplinary Commission |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Roll of Attorney Administrator |
| | File Stamp: | 03/03/2017 |
| 03/03/2017 | **Document Transmitted** | |
| 03/06/2017 | **Document Filed** | |
| | Notice of Proposed ADA Title II Amendment in Response to the Abuses of this Court and its ADA Coordinator, who Retaliated Against My Disability Complaint, Yielding All Discipline Certificate of Service- Electronically Served 03/03/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 03/03/2017 |
| 03/08/2017 | **Mail Returned as Undeliverable** | |
| | Recipient: Peotene (Monee) Branch Court Reason: Return to Sender, No Mail Receptacle, and Unable to Forward Name of Document: Order resent on 02/24/17 Order placed with case. | |
| | Return Date: | 03/08/2017 |
| 03/14/2017 | **Document Filed** | |
| | Motion for Justice Certificate of Service- Electronically Served 03/13/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 03/13/2017 |
| 03/30/2017 | **Document Filed** | |
| | Notice This Courts Violation of the Maxim Nemo Judex in Causa Sue Certificate of Service- Electronically Served 03/29/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 03/29/2017 |
| 04/05/2017 | **Order Issued** | |
| | On March 13, 2017, Respondent filed what amounts to a motion for reconsideration. Having considered Respondent's arguments, the Court DENIES Respondent's motion. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Roll of Attorney Administrator |
| | File Stamp: | 04/05/2017 |
| 04/05/2017 | **Document Transmitted** | |
| 04/26/2017 | **Document Filed** | |
| | Motion for Stay Pending Petition for Writ of Certiorari to the U.S. Supreme Court Certificate of Service- Electronically Served 04/25/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 04/25/2017 |
| 04/28/2017 | **Order Denying Motion to Stay** | |
| | Being duly advised, the Court DENIES Respondent's motion for stay. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Party: | Straw, Andrew U.d. |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Roll of Attorney Administrator |
| | File Stamp: | 04/27/2017 |
| 04/28/2017 | **Document Transmitted** | |

| 05/15/2017 | Received Letter from U.S. Supreme Court-Certiorari Filed | |
|---|---|---|
| | Postmark Dt: | 05/09/2017 |
| 05/18/2017 | **Document Filed** | |
| | Reconsideration Based on Factual Error Certificate of Service- Electronically Served 05/18/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 05/18/2017 |
| 05/22/2017 | **Document Filed** | |
| | Notice Certificate of Service- Electronically Served 05/19/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 05/19/2017 |
| 05/22/2017 | **Received Document** | |
| | Receive Date: 05/21/2017 Virginia State Bar Order | |
| | PostmarkDate: | 05/21/2017 |
| 05/22/2017 | **Order Denying Motion to Reconsider** | |
| | Respondent now files a document captioned as Reconsideration Based on Factual Error, which in substance is a repetitive motion for reconsideration. Being duly advised, the Court DENIES Respondent's motion. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Party: | Straw, Andrew U.d. |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | Serve: | Roll of Attorney Administrator |
| | File Stamp: | 05/22/2017 |
| 05/22/2017 | **Document Filed** | |
| | Notice Re: Kirk White Certificate of Service- Electronically Served 05/22/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 05/22/2017 |
| 05/22/2017 | **Document Transmitted** | |
| 05/23/2017 | **Document Filed** | |
| | Motion for Court to Recuse and Remove Discipline Certificate of Service- Electronically Served 05/22/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 05/22/2017 |
| 06/23/2017 | **Notice** | |
| | Certificate of Service- Electronically Served 06/22/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 06/22/2017 |
| 06/30/2017 | **Received Letter from U.S. Supreme Court-Certiorari Denied** | |
| | Postmark Dt: | 06/26/2017 |
| 07/03/2017 | **Notice** | |
| | Certificate of Service- Electronically Served 07/01/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 07/01/2017 |
| 07/03/2017 | **Received Document** | |
| | Receive Date: 07/02/2017 Proposed Apology | |
| | PostmarkDate: | 07/02/2017 |

| | | |
|---|---|---|
| 07/11/2017 | **Document Filed** | |
| | Notice Re: Hearing Officer Ahler Certificate of Service- Electronically Served 07/10/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 07/10/2017 |
| 07/17/2017 | **Document Filed** | |
| | Motion Re: Preclusion, Res Judicata | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 07/14/2017 |
| 08/02/2017 | **Notice** | |
| | Certificate of Service- Electronically Served 08/01/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 08/01/2017 |
| 08/07/2017 | **Notice** | |
| | Certificate of Service- Electronically Served 08/06/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 08/06/2017 |
| 08/08/2017 | **Notice** | |
| | Certificate of Service- Electronically Served 08/07/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 08/07/2017 |
| 08/21/2017 | **Document Filed** | |
| | Motion Certificate of Service- Electronically Served 08/20/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 08/20/2017 |
| 08/21/2017 | **Document Filed** | |
| | Motion for Declaratory Judgment Certificate of Service- Electronically Served 08/20/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 08/20/2017 |
| 08/24/2017 | **Document Filed** | |
| | Commission's Response to Motion Certificate of Service- Electronically Served 08/24/2017 | |
| | Attorney: | Ordway, Angie Lee |
| | Party: | Disciplinary Commission |
| | File Stamp: | 08/24/2017 |
| 08/25/2017 | **Document Filed** | |
| | Reply to Commission's Response Certificate of Service- Electronically Served 08/24/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 08/24/2017 |
| 08/28/2017 | **Order Issued** | |
| | Being duly advised, the Court DENIES Respondent's request for leave to deviate from our Admission and Discipline Rules. Because Respondent has not fulfilled the prerequisites under those rules for filing a petition for reinstatement, the Court hereby DISMISSES without prejudice his motion for reinstatement. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Serve: | Witte, Gordon Michael |
| | Serve: | Ordway, Angie Lee |
| | Serve: | Straw, Andrew U.d. |
| | File Stamp: | 08/28/2017 |
| 08/28/2017 | **Document Transmitted** | |

| 08/29/2017 | **Received Document** | |
| --- | --- | --- |
| | Receive Date: 08/28/2017 Motion for Reconsideration | |
| | PostmarkDate: | 08/28/2017 |
| 09/19/2017 | **Received Document** | |
| | Receive Date: 09/19/2017 Motion for Takings Compensation | |
| | PostmarkDate: | 09/19/2017 |
| 10/11/2017 | **Received Document** | |
| | Receive Date: 10/10/2017 Motion for Removal of Civil Rights Violators | |
| | PostmarkDate: | 10/10/2017 |
| 10/16/2017 | **Received Letter from U.S. Supreme Court-Certiorari Denied** | |
| | Postmark Dt: | 10/10/2017 |
| 10/24/2017 | **Document Filed** | |
| | Motion for Reinstatement and Compensation Certificate of Service- Electronically Served 10/23/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 10/23/2017 |
| 10/30/2017 | **Document Filed** | |
| | Declaration in Support of Reinstatement Nunce Pro Tunc and Compensation Certificate of Service- Electronically Served 10/27/2017 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 10/27/2017 |
| 11/07/2017 | **Received Document** | |
| | Receive Date: 11/07/2017 Motion for Reinstatment for Purposes of Obliterating My Indiana Law License | |
| | PostmarkDate: | 11/07/2017 |
| 11/07/2017 | **Note** | |
| | Document Filed: Moition for Reinstatement and Compensation on 10/23/2017 is Received not Filed. | |
| 11/07/2017 | **Note** | |
| | Document Filed: Declaration in Support of Reinstatment Nunc Pro Tunc and Compensation 101/27/2017 is Received not Filed | |
| 12/01/2017 | **Received Document** | |
| | Receive Date: 12/01/2017 Motion to Consider Mitigating Factors which were Wholly Omitted by the Hearing Officer, Reinstate my Law License, and then Accept my Renunciation of it. | |
| | PostmarkDate: | 12/01/2017 |
| 12/22/2017 | **Received Document** | |
| | Receive Date: 12/22/2017 Motion to Reverse Discipline Because Hearing Officer is Proven Incapable of Understanding Ethical Concepts, Evidenced by his Being Hired by the 7th Circuit While he was my Appellee | |
| | PostmarkDate: | 12/22/2017 |
| 03/09/2018 | **Received Document** | |
| | Receive Date: 03/09/2018 Motion for Payment of Pension, and Other Disability Justice Payments | |
| | PostmarkDate: | 03/09/2018 |
| 04/02/2018 | **Received Document** | |
| | Receive Date: 03/31/2018 Motion to Reinstate License and Strike Discipline Order | |
| | PostmarkDate: | 03/31/2018 |
| 04/02/2018 | **Received Document** | |
| | Receive Date: 03/31/2018 Proposed Order | |
| | PostmarkDate: | 03/31/2018 |
| 05/07/2018 | **Document Filed** | |
| | Motion to Rescind License as is my Constitutional Boycott Right Under U.S. Supreme Court Precedent Certificate of Service- Electronically Served 05/07/2018 | |
| | Attorney: | Straw, Andrew U.d. |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 05/07/2018 |

7/10/25, 11:27 AM  Case 3:20-cv-08625-PHX  Document 23  Filed 07/16/25  Page 13 of 17
Case 3:25-cv-50086-PHX Document 6-2 Filed 07/16/25 Page 13 of 17 PageID #: 53
mycase - MyCase

| Date | Event | Details | |
|---|---|---|---|
| 10/01/2018 | **Document Filed** | | |
| | Motion to Rescind License #2 Certificate of Service- Electronically Served 09/30/2018 | | |
| | Attorney: | Straw, Andrew U.d. | |
| | Party: | Straw, Andrew U.d. | |
| | File Stamp: | 09/30/2018 | |
| 12/10/2018 | **Received Document** | | |
| | Receive Date: 12/09/2018 Motion to Reinstate License & Then Rescind It | | |
| | PostmarkDate: | 12/09/2018 | |
| 01/09/2019 | **Document Filed** | | |
| | Renewed Motion to Reisntate Law License & Then Rescind It Certificate of Service- Electronically Served 01/09/2019 | | |
| | Attorney: | Straw, Andrew U.d. | |
| | Party: | Straw, Andrew U.d. | |
| | File Stamp: | 01/09/2019 | |
| 01/10/2019 | **Note** | | |
| | Document Filed Renewed Motion to Reinstate Law License & Then Recind It was received on 01/09/2019 not filed as previously indecated on the docket. | | |
| 01/16/2019 | **Received Document** | | |
| | Receive Date: 01/16/2019 Affidavit In Support of Reinstating and Then Rescinding My Law License in Indiana: Criminal Injury To Me | | |
| | PostmarkDate: | 01/16/2019 | |
| 02/08/2019 | **Document Filed** | | |
| | Motion to Rescind Reciprocal Discipline Based on No Discipline in the Other Courts with Attachments Certificate of Service- Electronically Served 02/07/2019 | | |
| | Attorney: | Straw, Andrew U.d. | |
| | Party: | Straw, Andrew U.d. | |
| | File Stamp: | 02/07/2019 | |
| 02/08/2019 | **Corrected Entry** | | |
| | Previous document dated 2/7/2019 should be receive stamped rather than file stamped. Corrected entry to follow. | | |
| 02/08/2019 | **Received Document** | | |
| | Receive Date: 02/07/19 Motion to Rescind Reciprocal Discipline Based on No Discipline in the Other Courts with Attachments | | |
| | PostmarkDate: | 02/07/2019 | |
| 02/20/2019 | **Received Document** | | |
| | Receive Date: 02/19/2019 Motion to Take Notice of the Anniversary of my Car Accident on the Way to Work at This Court | | |
| | PostmarkDate: | 02/19/2019 | |
| 02/20/2019 | **Received Document** | | |
| | Receive Date: 02/20/2019 Motion toTake Notice of the Seventh Circuit Panel That Exonerated This Court From my ADA Lawsuit Dishonestly | | |
| | PostmarkDate: | 02/20/2019 | |
| 03/25/2019 | **Received Document** | | |
| | Receive Date: 03/25/2019 Motion to Take Notice of the Virginia State Bar Order, Which Indiana Must give Full Faith and Credit Effect | | |
| | PostmarkDate: | 03/25/2019 | |
| 04/02/2019 | **Received Document** | | |
| | Receive Date: 04/02/2019 Motion for Payment of Damages and License Rescission | | |
| | PostmarkDate: | 04/02/2019 | |
| 04/17/2019 | **Received Document** | | |
| | Receive Date: 04/17/2019 MOTION FOR PAYMENT OF DAMAGES AND LICENSE ACTIVE IN GOOD STANDING (NEVER DISCIPLINED) AND A GENUINE APOLOGY BY THE INCOMPETENT MEMBERS OF THE INDIANA SUPREME COURT | | |
| | PostmarkDate: | 04/17/2019 | |
| 05/13/2019 | **Received Document** | | |
| | Receive Date: 05/13/2019 Proposed Order | | |
| | PostmarkDate: | 05/13/2019 | |
| 07/01/2019 | **Received Document** | | |
| | Receive Date: 06/29/2019 Motion to Take Notice of Contrary Case Law | | |
| | PostmarkDate: | 06/29/2019 | |
| 09/13/2019 | **Received Document** | | |
| | Receive Date: 09/13/2019 Motion to Take Notice of Contrary Law | | |
| | PostmarkDate: | 09/13/2019 | |

| 10/01/2019 | **Received Document** | |
| --- | --- | --- |
| | Receive Date: 10/01/2019 Proposed Order | |
| | PostmarkDate: | 10/01/2019 |
| 10/07/2019 | **Received Document** | |
| | Receive Date: 10/04/2019 Notice of Vermont Supreme Court Order and Philippines Department of Justice Letter | |
| | PostmarkDate: | 10/04/2019 |
| 10/29/2019 | **Received Document** | |
| | Receive Date: 10/29/2019 Motion for Damages Due to Due Process Failures of 988 Days, ADA Violations, and Violations of Section 12 of the Indiana Bill of Rights, with Proposed Order | |
| | PostmarkDate: | 10/29/2019 |
| 12/05/2019 | **Received Document** | |
| | Receive Date: 12/05/2019 Notice That All of My Disabilities Were The Result of Crime | |
| | PostmarkDate: | 12/05/2019 |
| 12/18/2019 | **Received Document** | |
| | Receive Date: 12/18/2019 Motion to Take Notice of my Competent and In Fact Critical Complaint Against Indiana Attorney General Curtis T. Hill | |
| | PostmarkDate: | 12/18/2019 |
| 02/10/2020 | **Received Document** | |
| | Receive Date: 02/10/2020 Noitce of Telephone Number for Litigation | |
| | PostmarkDate: | 02/10/2020 |
| 02/17/2020 | **Received Document** | |
| | Receive Date: 02/17/2020 Motion to Remove Discipline and Provide Relief | |
| | PostmarkDate: | 02/17/2020 |
| 04/03/2020 | **Received Document** | |
| | Receive Date: 04/03/2020 Motion for Discovery | |
| | PostmarkDate: | 04/03/2020 |
| 08/17/2020 | **Received Document** | |
| | Receive Date: 08/16/2020 Motion for Reinstatement Nunc Pro Tunc, To Strike Pay Takings, and Accept Resignation | |
| | PostmarkDate: | 08/16/2020 |
| 09/28/2020 | **Received Document** | |
| | Receive Date: 09/26/2020 Motion for Takings Payment | |
| | PostmarkDate: | 09/26/2020 |
| 10/14/2020 | **Received Document** | |
| | Receive Date: 10/14/2020 Statement: Nothing About Us Without Us | |
| | PostmarkDate: | 10/14/2020 |
| 11/23/2020 | **Received Document** | |
| | Receive Date: 11/22/2020 STATEMENT ON COMPETENCE | |
| | PostmarkDate: | 11/22/2020 |
| 01/29/2021 | **Received Document** | |
| | Receive Date: 01/28/2021 Motion for Public Defender | |
| | PostmarkDate: | 01/28/2021 |
| 02/10/2021 | **Received Document** | |
| | Receive Date: 02/10/2021 Motion to Restore | |
| | PostmarkDate: | 02/10/2021 |
| 03/12/2021 | **Received Document** | |
| | Motion to Include Court Costs. Appears to be a courtesy copy | |
| | PostmarkDate: | 03/09/2021 |
| 03/22/2021 | **Received Document** | |
| | Receive Date: 03/22/2021 Notice of Payment | |
| | PostmarkDate: | 03/22/2021 |
| 04/26/2021 | **Received Document** | |
| | Receive Date: 04/24/2021 Affidavit and Motion to Rescind and for Payment | |
| | PostmarkDate: | 04/24/2021 |

| 04/26/2021 | **Received Document** |
| --- | --- |
| | Receive Date: 04/24/2021 Proposed Order |
| | PostmarkDate: 04/24/2021 |
| 06/07/2021 | **Received Document** |
| | Receive Date: 06/05/2021 Motion for Enforcement of Seventh Circuit Precedent: In Re Ming |
| | PostmarkDate: 06/05/2021 |
| 06/21/2021 | **Received Document** |
| | Receive Date: 06/19/2021 Insurance and Costs |
| | PostmarkDate: 06/19/2021 |
| 07/13/2021 | **Received Document** |
| | Receive Date: 07/13/2021 Motion to Strike Matter and for Other Relief for Personal Jusrisdiction Failures & Disciplinary Commission Misrepresentations of Law to the Hearing Officer and Indiana Supreme Court |
| | PostmarkDate: 07/13/2021 |
| 07/13/2021 | **Received Document** |
| | Receive Date: 07/13/2021 Notice of URL Correction |
| | PostmarkDate: 07/13/2021 |
| 09/15/2021 | **Received Document** |
| | Receive Date: 09/15/2021 Motion to Acknowledge Mitigating Factors and Crimes Committed by Ahler and Ordway in Omitting All of Them from Their Proposed Findings and Hearing Officer Report |
| | PostmarkDate: 09/15/2021 |
| 09/15/2021 | **Received Document** |
| | Receive Date: 09/15/2021 Proposed Order |
| | PostmarkDate: 09/15/2021 |
| 10/22/2021 | **Received Document** |
| | Receive Date: 10/22/2021 Proposed Order |
| | PostmarkDate: 10/22/2021 |
| 01/03/2022 | **Received Document** |
| | Receive Date: 01/01/2022 PETITION FOR A NEW YEAR |
| | PostmarkDate: 01/01/2022 |
| 01/04/2022 | **Received Document** |
| | Receive Date: 1/4/2022 MOTION TO SUPPLEMENT JANUARY 2, 2022 PETITION |
| | PostmarkDate: 01/04/2022 |
| 01/31/2022 | **Received Document** |
| | Receive Date: 01/31/2022 Petition |
| | PostmarkDate: 01/31/2022 |
| 02/07/2022 | **Received Document** |
| | Receive Date: 02/07/2022 PETITION TO EXONERATE PER VSB ORDER |
| | PostmarkDate: 02/07/2022 |
| 02/09/2022 | **Received Document** |
| | Receive Date: 02/09/2022 PETITION TO NOTICE FEDERALISM VIOLATIONS |
| | PostmarkDate: 02/09/2022 |
| 02/18/2022 | **Received Document** |
| | Receive Date: 2/17/2022 Enter PETITION RE VIOLATIONS OF TIME LIMIT *with attachments* |
| | PostmarkDate: 02/17/2022 |
| 02/21/2022 | **Received Document** |
| | Receive Date: 2/21/2022 PETITION RE SACRIFICES TO IND. JUDICIAL BRANCH |
| | PostmarkDate: 02/21/2022 |
| 06/22/2022 | **Received Document** |
| | Receive Date: 6/21/2022 NOTICE CRIMES *with attached exhibits* |
| | PostmarkDate: 06/21/2022 |

| 07/27/2022 | **Affidavit** | |
|---|---|---|
| | Certificate of Service - Electronically Served 7/26/2022 | |
| | Party: | Straw, Andrew U.d. |
| | File Stamp: | 07/26/2022 |

| 07/27/2022 | **Received Document** | |
|---|---|---|
| | Receive Date: 7/26/2022 PETITION FOR ATTORNEY REINSTATEMENT (waiting for filing fee to be submitted) | |
| | PostmarkDate: | 07/26/2022 |

| 07/27/2022 | **Received Document** | |
|---|---|---|
| | Receive Date: 7/27/2022 NOTIFICATION AFFIDAVIT RE ETHICS AND MPRE (attached exhibits 1 though 4) | |
| | PostmarkDate: | 07/27/2022 |

| 09/26/2022 | **Received Document** | |
|---|---|---|
| | Receive Date: 9/24/2022 Motion to Proceed in Forma Pauperis, with attached Affidavit in Support of Motion to Proceed on Appeal in Forma Pauperis | |
| | PostmarkDate: | 09/24/2022 |

| 09/26/2022 | **Received Document** | |
|---|---|---|
| | Receive Date: 9/26/2022 PROPOSED ORDER GRANTING FORMA PAUPERIS | |
| | PostmarkDate: | 09/26/2022 |

| 12/16/2022 | **Received Document** | |
|---|---|---|
| | Receive Date: 12/15/2022 Petition to Dissolve Suspension and for Other Relief *with attached exhibit* | |
| | PostmarkDate: | 12/15/2022 |

| 12/16/2022 | **Received Document** | |
|---|---|---|
| | Receive Date: 12/16/2022 PROPOSED ORDER FINDING SUSPENSION WAS VOID AB INITIO, WITH ALL APPROPRIATE RELIEF | |
| | PostmarkDate: | 12/16/2022 |

| 01/19/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 1/19/2023 NOTICE OF INTENTION TO REMOVE | |
| | PostmarkDate: | 01/19/2023 |

| 02/13/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 2/12/2023 Notice of Intent to Remove to Federal Court Under 28 U.S.C. 1446 - various attached documents included | |
| | PostmarkDate: | 02/12/2023 |

| 04/05/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 4/4/2023 NOTICE OF THE DESPERATION IMPOSED ON ME BY THIS COURT | |
| | PostmarkDate: | 04/04/2023 |

| 04/05/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 4/5/2023 NOTICE OF WARNING | |
| | PostmarkDate: | 04/05/2023 |

| 05/23/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 5/22/2023 NOTICE OF SUSPENSION BEING FEDERALISM VIOLATION | |
| | PostmarkDate: | 05/22/2023 |

| 06/05/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 6/5/2023 PETITION REGARDING MEANING OF FRIVOLOUS (attached exhibits 1 through 4) | |
| | PostmarkDate: | 06/05/2023 |

| 07/31/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 7/28/2023 NOTICE OF CHIEF JUSTICE BIAS REQUIRING RECUSAL *Attachment 1 and 2* | |
| | PostmarkDate: | 07/28/2023 |

| 07/31/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 7/28/2023 MOTION FOR CJ LORETTA RUSH TO CALL AND APOLOGIZE | |
| | PostmarkDate: | 07/28/2023 |

| 08/14/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 8/12/2023 AFFIDAVIT REGARDING RULE 26(c) FACTS | |
| | PostmarkDate: | 08/12/2023 |

| 09/29/2023 | **Received Document** | |
|---|---|---|
| | Receive Date: 9/29/2023 MOTION TO WAIVE FEES FOR CONSIDERATION | |
| | PostmarkDate: | 09/29/2023 |

| | | | |
|---|---|---|---|
| 02/15/2024 | **Received Document** | | |
| | Receive Date: 2/15/2024 NOTICE OF SEVEN YEARS OF ILLEGITIMATE SUSPENSION | | |
| | PostmarkDate: | 02/15/2024 | |
| 02/19/2024 | **Received Document** | | |
| | Receive Date: 2/17/2024 PETITION FOR ATTORNEY REINSTATEMENT (waiting for filing fee to be submitted) *PROPOSED ORDER ATTACHED* | | |
| | PostmarkDate: | 02/17/2024 | |
| 12/26/2024 | **Received Document** | | |
| | Receive Date: 12/24/2024 PETITION TO REINSTATE LAW LICENSE | | |
| | PostmarkDate: | 12/24/2024 | |
| 12/26/2024 | **Note** | | |
| | Filing Fee not yet submitted. | | |
| 06/11/2025 | **Received Document** | | |
| | Receive Date: 6/10/2025 PETITION FOR ATTORNEY REINSTATEMENT (waiting for filing fee to be submitted) | | |
| | PostmarkDate: | 06/10/2025 | |
| 06/11/2025 | **Received Document** | | |
| | Receive Date: 6/11/2025 MOTION FOR RECUSAL *PETITION FOR REINSTATEMENT attached* | | |
| | PostmarkDate: | 06/11/2025 | |
| 06/12/2025 | **Received Document** | | |
| | Receive Date: 6/12/2025 MOTION FOR JUDICIAL NOTICE | | |
| | PostmarkDate: | 06/12/2025 | |
| 06/16/2025 | **Received Document** | | |
| | Receive Date: 6/14/2025 MOTION FOR JUDICIAL NOTICE *3 attachments included* | | |
| | PostmarkDate: | 06/14/2025 | |
| 06/16/2025 | **Received Document** | | |
| | Receive Date: 6/15/2025 MOTION FOR DECLARATION | | |
| | PostmarkDate: | 06/15/2025 | |
| 06/16/2025 | **Received Document** | | |
| | Receive Date: 6/16/2025 AFFIDAVIT REGARDING THE CHIEF JUSTICE *attached Ex. 1 Car Accident Report* | | |
| | PostmarkDate: | 06/16/2025 | |
| 06/17/2025 | **Received Document** | | |
| | Receive Date: 6/17/2025 AFFIDAVIT RE RIGHT TO PETITION COURTS | | |
| | PostmarkDate: | 06/17/2025 | |
| 06/23/2025 | **Received Document** | | |
| | Receive Date: 6/23/2025 MOTION TO TOP UP CAR ACCIDENT DEFICIENCY *exhibits 1 and 2 attached* | | |
| | PostmarkDate: | 06/23/2025 | |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Straw, Andrew U.d.**
Respondent

**Balance Due** (as of 07/09/2025)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 419.40 | 0.00 | 419.40 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 03/22/2021 | Transaction Assessment | 419.40 |
| 03/22/2021 | Mail Payment | (250.00) |
| 03/24/2021 | Mail Payment | (169.40) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.