**Outlook**

## Delivered: NOTICE OF LAWSUIT; REQUEST FOR WAIVER OF SERVICE

**From** postmaster@StateOfMaine.onmicrosoft.com <postmaster@StateOfMaine.onmicrosoft.com>

**Date** Thu 07/10/2025 9:17 AM

**To** attorney.general@maine.gov <attorney.general@maine.gov>

📎 1 attachment (49 KB)
NOTICE OF LAWSUIT; REQUEST FOR WAIVER OF SERVICE;

### Your message has been delivered to the following recipients:

attorney.general@maine.gov (attorney.general@maine.gov)

Subject: NOTICE OF LAWSUIT; REQUEST FOR WAIVER OF SERVICE