UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANDREW U.D. STRAW,  )<br> )<br>  Plaintiff,  )<br> )<br>v.   )<br> )<br>STATE OF MAINE VOCATIONAL  )<br>REHABILITATION,  )<br> )<br>  Defendant.  ) | 1:25-cv-00350-JAW |

**ORDER AFFIRMING RECOMMENDED DECISION, ISSUING *COK*
WARNING, AND CERTIFYING AGAINST APPEAL**

On August 4, 2025, Andrew U.D. Straw filed a complaint against the Maine Department of Labor Division of Vocational Rehabilitation, alleging violations of Title II of the Americans with Disabilities Act. *Compl.* (ECF No. 1). On October 24, 2025, the Magistrate Judge recommended this Court (1) dismiss Mr. Straw's complaint as legally insufficient; (2) issue a *Cok* warning against Mr. Straw, given his status as a serial litigator; and (3) certify that any appeal from this Court's order would not be taken in good faith. *Recommended Decision after Preliminary Review* at 4-5 (ECF No. 9). Mr. Straw did not file an objection.

Because Mr. Straw did not timely file an objection, he waived his right to have this Court conduct de novo review and to appeal this Court's order entered pursuant to the Magistrate Judge's recommended decision. 28 U.S.C. § 636(b)(1)(B); *Rivera-Aponte v. Gomez Bus Line, Inc.*, 62 F.4th 1, 10 (1st Cir. 2023); *Park Motors Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980). Notwithstanding his waiver, the Court conducted de novo review of Mr. Straw's complaint.

Upon de novo review, consistent with the Magistrate Judge's recommendation and for the same reasons set forth in the recommended decision, the Court AFFIRMS Recommended Decision After Preliminary Review (ECF No. 9) and accordingly DISMISSES Andrew U.D. Straw's Complaint (ECF No. 1) and DISMISSES as moot his Motion for Court Service (ECF No. 7).

The Court also WARNS Mr. Straw that filing restrictions are close on the horizon if he continues to file frivolous actions in this Court. *Cok v. Family Court of Rhode Island*, 985 F.2d 32 (1st Cir. 1993). Specifically, as the Court wrote on August 7, 2025, in another one of Mr. Straw's cases, the Court "will contemplate a filing restriction limiting his right to file diversity-based lawsuits and lawsuits barred by the doctrine of res judicata against the parties and based on facts previously dismissed with prejudice." *Andrew U.D. Straw v. AVVO Inc.,* No. 2:25-cv-00391-JAW, 2025 U.S. Dist. LEXIS 155046, at *19-20 (D. Me. Aug. 7, 2025). The same *Cok* warning applies with equal force to this case. The Court warns Mr. Straw that, if he files another civil action in the District of Maine, the Court may impose filing restrictions against him.

Lastly, the Court CERTIFIES that an appeal from this order would not be taken in good faith, given the obvious infirmities in the complaint.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2025.